**THIS ORDER IS APPROVED.**

**Dated: March 26, 2021**

*Brenda Murphy*

**Brenda Moody Whinery, Chief Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:                                                    )
                                                          ) Chapter 7 Proceedings
LETICIA G SALAZAR                                         )
                                                          ) CASE NO.  4-08-bk-17171-BMW
                                                          )
                                                          )
                                                          ) **ORDER FOR PAYMENT OF**
              Debtor(s)                                   ) **UNCLAIMED FUNDS TO THE U.S.**
                                                          ) **BANKRUPTCY COURT**
_____                )

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that pursuant to 347(a) of the Bankruptcy Code the Trustee pay over

the amount of $6,740.99 to the Clerk of the Court to be deposited in the Registry thereof.

DATED AND SIGNED ABOVE